Case Name:  Reavis, Victor and Marabeth
Case No:       05-71827 MB

## <u>CERTIFICATION OF REVIEW</u>

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: August 21, 2008                    WILLIAM T. NEARY
                                                          United States Trustee, Region 11



                                  BY:      */s/ Carole J. Ryczek*
                                                  CAROLE J. RYCZEK
                                                  Attorney for the U.S. Trustee