# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>REAVIS, VICTOR E<br>REAVIS, MARABETH L | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-71827 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-2079 13-7572456<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on SEPTEMBER 29, 2008 at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,634.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 1,751.85 | |

| | | | |
|---|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | | 151.09 |
| RENEE HERNANDEZ<br>Attorney | 3,505.12 | 0.00 | 0.00 |
| MILLIKIN BENNING<br>Accountants | 400.00 | 0.00 | 0.00 |

4. The Trustee's Final Report shows total:

    a. Receipts      $ __10,018.50__

    b. Disbursements      $ __3,905.12__

    c. Net Cash Available for Distribution      $ __6,113.38__

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $1,729.94, which leaves a total amount of $846.50, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $27,670.89.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

__8/21/08__                        __s/s Joseph D. Olsen__
DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

827    Doc 41    Filed 08/22/08    Entered 08/24/08 23:46:21    Desc Imaged
                                 Certificate of Service    Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 2              Date Rcvd: Aug 22, 2008
Case: 05-71827                Form ID: pdf002            Total Served: 56

The following entities were served by first class mail on Aug 24, 2008.
db           +Victor E Reavis,    904 Indian Dancer Trail,    Belvidere, IL 61008-1499
jdb          +Marabeth L Reavis,    904 Indian Dancer Trail,    Belvidere, IL 61008-1499
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1042
aty          +Rene Hernandez,    Law Office of Rene Hernandez, P.C.,    1625 East State Street,
               Rockford, IL 61104-2449
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
9174619       AT&T Universal Card,    PO Box 688909,    Des Moines, IA 50368-8909
9174617      +American Collection Group,    919 Estes Ct.,    Schaumburg, IL 60193-4436
9174620       Bank of America,    PO Box 5270,    Carol Stream, IL 60197-5270
9174621       Beneficial,    PO Box 15518,    Wilmington, DE 19850-5518
9174622      +Bureau of Collection,    7575 Corporate Way Room 301,    Eden Prairie, MN 55344-2000
9174658     ++COTTONWOOD FINANCIAL DBA THE CASH STORE AND CASH ASAP,    1901 GATEWAY DRIVE,    SUITE 200,
               IRVING TX 75038-2425
              (address filed with court: The Cash Store,    427 S. State St.,    Belvidere, IL 61008)
9174623      +Cash ASAP,    1479 N. State St.,    Belvidere, IL 61008-2003
9174624       Chase,    PO Box 100044,    Kennesaw, GA 30156-9244
9174625      +Circuit City,    9960 Mayland Dr.,    Richmond, VA 23233-1485
9174626      +Citi Cards,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
9174628       Citibank,    8787 Baypine Rd.,    Jacksonville, FL 32256-8528
9174627       Citibank,    PO Box 6003,    Hagerstown, MD 21747-6003
10172923     +Citibank USA NA,    DBA The Home Depot,    POB 9025,    Des Moines, IA 50368-9025
10462938     +Citibank/CHOICE,    Exception Payment Processing,    POB 6305,    The Lakes, NV 88901-6305
9174629      +Cottonwood Financial,    1901 Gateway Dr. Suite 200,    Irving, TX 75038-2425
9174630       Direct Loan Service,    PO Box 4609,    Utica, NY 13504-4609
9174634       FMC-Omaha Service Center,    PO Box 54200,    Omaha, NE 68154-8000
9174635       Ford Motor Credit,    PO Box 64400,    Colorado Springs, CO 80962-4400
9316743      +Ford Motor Credit Company,    c/o Steven L Nelson,    POB 3700,    Rock Islad, IL 61204-3700
9174637      +Heller & Frisone,    TCF National Bank,    33 N LaSalle Street #1200,    Chicago, IL 60602-3415
9174638       Home Depot,    Processing Center,    Des Moines, IA 50364-0500
9174639      +Household Bank,    90 Christiana Rd.,    19720-3187
9174640       I.C. Systems, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
9174641     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9174642      +Kane County Teachers Credit Union,    111 S. Hawthorne St.,    Elgin, IL 60123-5873
9174644       Kay Jewelers,    PO Box 740425,    Cincinnati, OH 45274-0425
9971562      +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
9174645       Kohls,    PO Box 2983,    Milwaukee, WI 53201-2983
9174646      +Litton Loan Servicing,    4828 Loop Central Drive,    Houston, TX 77081-2166
9174648       Nations Bank,    820 Silver Lake Blvd,    Dover, DE 19904-2464
9174650       OSF St. Anthony Medical Center,    5666 E. State St,    Rockford, IL 61108-2472
9174651      +Pain Management and Rehab,    4793 Manhattan Dr.,    Rockford, IL 61108-2264
9174653       Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
9174652       Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
9174654       Sears,    PO Box 182149,    Columbus, OH 43218-2149
9174655      +Sterling Inc.,    375 Ghent Rd.,    Akron, OH 44333-4600
9174656      +Superior Ambulance,    PO Box 1407,    Elmhurst, IL 60126-8407
9174657       Target National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
9697209      +Target National Bank (fka Retailers National Bank),    Target,    c/o Weinstein & Riley, P.S.,
               2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
10086585      UNITED STATES DEPARTMENT OF EDUCATION,    DIRECT LOAN SERVICING CENTER,    P.O. BOX 5609,
               GREENVILLE, TX 75403-5609
9831874     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,    PO Box 5229,    Cincinnati, Ohio 45201)
9174632     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,    PO Box 790408,
               Saint Louis, MO 63179-0408)

The following entities were served by electronic transmission on Aug 23, 2008.
9174618       Fax: 630-289-4356 Aug 23 2008 04:20:30      American General Finance,    2011 Irving Park Rd.,
               Hanover Park, IL 60133-3100
12442668     +E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2008 04:24:54      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9174631       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2008 05:01:48      Discover,    PO Box 30395,
               Salt Lake City, UT 84130-0395
9714841       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2008 05:01:48
               Discover Bank/Discover Financial Services,    Po Box 8003,    Hilliard, OH  43026
9174649       E-mail/Text: bankrup@nicor.com                            NiCor,    PO Box 310,
               Aurora, IL 60507-0310
12442669      E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2008 04:24:55
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10477496     +E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2008 04:24:55
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WAL-MART,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Florida 33131-1605
9174659       E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2008 04:24:31      Walmart,    PO Box 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 8
```

```
District/off: 0752-3          User: cshabez              Page 2 of 2              Date Rcvd: Aug 22, 2008
Case: 05-71827                Form ID: pdf002            Total Served: 56

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
9174636*      Ford Motor Credit,    PO Box 64400,   Colorado Springs, CO 80962-4400
9174643*     +Kane County Teachers Credit Union,   111 S. Hawthorne St.,   Elgin, IL 60123-5873
9174647*     +Litton Loan Servicing,   4828 Loop Central Drive,   Houston, TX 77081-2166
9174633*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  Elan Financial Services,   PO Box 790408,
               Saint Louis, MO 63179-0408)
                                                                                           TOTALS: 0, * 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2008**               **Signature:**  _Joseph Speetjens_